NORMAN ELLIS, *Appellee-Plaintiff*, v. SCHAFER PLOW, INC., a Corp., *Appellant-Defandant*.

No. 47,737

Opinion filed November 8, 1975.

*Bill Murray*, of Pratt, argued the cause, and *B. V. Hampton*, of Pratt, was with him on the brief for the appellant-defendant.

*Eldon L. Meigs*, of Pratt, argued the cause, and was on the brief for the appellee-plaintiff.

PRAGER, J. Affirmed.

MILLER, J., not participating.

ALFRED BRINKLEY HERREN, *Appellant*, v. RUTH SUE HERREN, *Appellee*.

No. 47,747

Opinion filed November 8, 1975.

*John W. Sowers*, of Sowers, Carson, Johnston and Baker, of Wichita, argued the cause, and *David M. Arnold*, of the same firm, was with him on the brief for the appellant.

*Roger Sherwood*, of Wichita, argued the cause, and was on the brief for the appellee.

PRAGER, J. Affirmed.

FATZR, C. J., and SCHROEDER, J., dissent.

MILLER, J., not participating.